**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03072-ZLW

BURTON SANDLES,

      Plaintiff,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY, and
DENVER VAN CISE SIMONET DETENTION CENTER,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

      Plaintiff's "Notification of New Address/Motion for Elaboration-Reconsideration/Notification of Probable Conspiracy With the Prosecution" (Doc. #9) filed on March 8, 2011, is DENIED for the reasons set forth in the Court's order filed on March 17, 2011.

Dated:  March 18, 2011