**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03072-ZLW

BURTON SANDLES,

    Plaintiff,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY, and
DENVER VAN CISE SIMONET DETENTION CENTER,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Second Motion of Reconsideration" (Doc. #14) filed on April 4, 2011, is DENIED because the motion does not raise any issues relevant to this action.

Dated:  April 5, 2011